**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Criminal Action No. 10-cr-00169-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PATRICIA ANN WEST,

      Defendant.

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

On August 23, 2011, the probation officer submitted a petition for early termination of probation in this case. On that same date, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen (15) days of the date of service. The petition was served on the United States on August 24, 2011, and the United States does not object to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 1st day of September, 2011.

BY THE COURT:


s/ Robert E. Blackburn

_____

Robert E. Blackburn
United States District Judge